UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENDY FALLA,<br><br>   Petitioner,<br> v.<br><br>RON RACKLEY, Warden,<br><br>   Respondent. | No. 2:17-cv-00747 AC P<br><br>[~~PROPOSED~~] ORDER |

  For good cause shown, IT IS HEREBY ORDERED that respondent's request for an extension of time, up to and including July 12, 2017, to file a responsive pleading in this matter, is GRANTED.  See ECF No. 20.

  If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer.  Alternatively, if the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if

////

////

////

any, shall be filed and served within fourteen days thereafter.

When respondent files his answer or motion, he shall also file a separate response addressing the merits of petitioner's recently-filed motion to stay this action. See ECF No. 18. Petitioner may file a reply within fourteen days after service of respondent's response.

IT IS SO ORDERED.

DATED: June 13, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE